**REMAND / JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 23-1903-GW-SPx | Date | February 15, 2024 |
|---|---|---|---|
| Title | *Veronica Isabel Aguilar Herrera v. Swift Beef Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Omri A. Ben-Ari | Matthew M. Morrison |

**PROCEEDINGS:**     TELEPHONIC HEARING ON PLAINTIFF'S MOTION TO REMAND [35]

The Court's Tentative Ruling on Plaintiff's Motion [35] was issued on February 13, 2024 [43]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS Plaintiff's motion to remand this action back to the Riverside County Superior Court.

                                                             :    15

                               Initials of Preparer    JG